1058

[Nos. 13663–5–II; 13664–3–II. Division Two. August 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT DOUGLAS SPEARS, *Appellant.*

Appeals from judgments of the Superior Court for Clallam County, Nos. 89–1–00142–9, 89–1–00127–5, Gary W. Velie, J., entered February 20, 1990. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No. 23748–9–I. Division One. August 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DYSHUN HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–03237–0, Anthony P. Wartnik, J., entered February 7, 1989. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 22634–7–I. Division One. August 13, 1990.]

DEBORAH KAY THOMPSON, ET AL, *Plaintiffs,* v. JUANITA REALTY, INC., ET AL, *Defendants.*

RAINIER TITLE COMPANY, INC., ET AL, *Appellants,* v. THOMAS J. ALBRIGHT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–10990–2, Marsha J. Pechman, J., entered June 29, 1988. *Reversed* by unpublished per curiam opinion.